*Mr. Keith L. Seegmiller* for petitioner. *Acting Solicitor General Judson* for respondent.

No. 424. KENNECOTT COPPER CORP. *v.* STATE TAX COMMISSION ET AL.; and

No. 425. SILVER KING COALITION MINES CO. *v.* STATE TAX COMMISSION ET AL. November 5, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. The CHIEF JUSTICE took no part in the consideration or decision of these applications. *Messrs. C. C. Parsons* and *H. Thomas Austern* for petitioners. *Grover A. Giles,* Attorney General of Utah, for respondents. Reported below: 150 F. 2d 905.

No. 402. BRUCE'S JUICES, INC. *v.* AMERICAN CAN CO. November 13, 1945. Petition for writ of certiorari to the Supreme Court of Florida granted. *Messrs. Cody Fowler, R. W. Shackleford* and *Thurman Arnold* for petitioner. *Messrs. Leonard B. Smith, John M. Allison, Harry B. Terrell* and *John Lord O'Brian* for respondent. *Mr. Wright Patman* filed a brief, as *amicus curiae,* in support of the petition.

No. 404. DAVIS *v.* UNITED STATES. November 13, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Irving Spieler* for petitioner. *Solicitor General McGrath, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 457. KOTTEAKOS ET AL. *v.* UNITED STATES; and

No. 458. REGENBOGEN *v.* UNITED STATES. November 13, 1945. Petition for writs of certiorari to the Circuit